| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| 2 | United States Attorney<br>PETE THOMPSON |
| 3 | Acting Regional Chief Counsel<br>Oscar Gonzalez de Llano |
| 4 | Special Assistant United States Attorney<br>    Social Security Administration |
| 5 | 160 Spear Street, Suite 800<br>San Francisco, CA 94105 |
| 6 | Telephone: (510) 970-4818<br>Email: Oscar.Gonzalez@ssa.gov |
| 7 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI LYNN MEADOWS,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:21-cv-01136-BAM<br><br>STIPULATED MOTION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended sixty (60) days from June 27, 2022, to August 26, 2022. This is Defendant's first request for an extension. Counsel for Plaintiff has no objection to Defendant's request for an extension.

Good cause exists for this request. Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete Defendant's response to Plaintiff's Motion for Summary Judgment given the current due date. As

this Court no doubt knows, Social Security case filings in federal court increased significantly in the past year. The increased filings, compounded by COVID-related delays in transcript production and attorney attrition, have resulted in an increased workload and competing deadlines. Counsel for Defendant currently has twelve (12) merit briefs currently due in district court cases over the next 30 days and fourteen (14) merit briefs in 30 to 60 days. Counsel just returned from a week of scheduled leave and will have an additional week of leave in July and another in early August. Given this current workload and leave schedule an extension until August 26, 2022 should provide an opportunity for the undersigned Counsel for Defendant to complete the response to Plaintiff's Motion for Summary Judgment. Furthermore, a reassignment of this matter to another staff attorney is currently not tenable given the high volume of cases that all of our limited staff (due to leave and resignations) is handling. Counsel apologizes to the Court for any inconvenience caused by this delay. All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATE: June 24, 2022           By:    *s/ Oscar Gonzalez de Llano*
                                     OSCAR GONZALEZ DE LLANO
                                     Special Assistant United States Attorney
                                     Attorneys for Defendant


Respectfully submitted,

Attorneys for Plaintiff

DATE: June 24, 2022           By:    *s/ Steven G. Rosales\**
                                     Steven G. Rosales
                                     LAW OFFICES OF LAWRENCE D. ROHLFING
                                     (*as authorized by email)

## ORDER

Pursuant to the parties' stipulated motion, and good cause appearing, Defendant's request for an extension of time to respond to Plaintiff's Motion for Summary Judgment is GRANTED. Defendant shall file a response to Plaintiff's Motion for Summary Judgment on or before August 26, 2022. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: **June 27, 2022**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE