Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Sherri Lynn Meadows

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI LYNN MEADOWS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | ) Case No.: 1:21-cv-01136-BAM<br>)<br>) STIPULATION AND ~~PROPOSED~~<br>) ORDER FOR THE AWARD AND<br>) PAYMENT OF ATTORNEY FEES<br>) AND EXPENSES PURSUANT TO<br>) THE EQUAL ACCESS TO JUSTICE<br>) ACT, 28 U.S.C. § 2412(d) AND<br>) COSTS PURSUANT TO 28 U.S.C. §<br>) 1920; DECLARATION OF Steven G.<br>) Rosales<br>) |

TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Sherri Lynn Meadows ("Meadows") be awarded attorney fees and expenses in the amount of SEVEN THOUSAND dollars ($7,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by

counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Meadows, the government will consider the matter of Meadows's assignment of EAJA fees to Steven G. Rosales.  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Meadows, but if the Department of the Treasury determines that Meadows does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed by Meadows.[1]  Any payments may be made by check or electronic fund transfer (EFT) and shall be delivered to the Law offices of Lawrence D. Rohlfing, Inc.

This stipulation constitutes a compromise settlement of Meadows's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Meadows and/or Steven G. Rosales including Law Offices of Lawrence D. Rohlfing, Inc., CPC may have relating to EAJA attorney fees in connection with this action.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

-2-

1  This award is without prejudice to the rights of Steven G. Rosales and/or the
2  Law Offices of Lawrence D. Rohlfing, Inc., CPC to seek Social Security Act
3  attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of
4  the EAJA.

5  DATE: June 23, 2025    Respectfully submitted,

6  LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

7  /s/ *Steven G. Rosales*[2]
8  BY: _____
   Steven G. Rosales
9  Attorney for plaintiff Sherri Lynn Meadows

11  DATED: June 23, 2025    MICHELE BECKWITH
                            Acting United States Attorney
12                          MATHEW W. PILE
                            Associate General Counsel
13                          Social Security Administration

15  /s/ *Oscar Gonzalez De Llano*

16  _____
    OSCAR GONZALEZ DE LLANO
    Special Assistant United States Attorney
17  Attorneys for Defendant
    FRANK BISIGNANO, Commissioner of Social
18  Security (Per e-mail authorization)

---

[2] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

-3-

**ORDER**

Based upon the parties' Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, IT IS HEREBY ORDERED that attorneys' fees and expenses in the amount of SEVEN THOUSAND dollars ($7,000.00) as authorized by 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: __**July 8, 2025**__                    /s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE